UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re Application of CALDERA MARINE
COMPANY LIMITED,

                                Petitioner,        2:11-MC-00055-SJF

-v-

                                                **NOTICE OF VOLUNTARY**
                                                **DISMISSAL**

MEDBROKERAGE & MANAGEMENT
CORPORATION,

                                Respondent.
------------------------------------------------------------x

       PLEASE TAKE NOTICE that the above-entitled action is hereby voluntarily dismissed without prejudice by Petitioner, CALDERA MARINE COMPANY LIMITED, pursuant to Rule 41(a)(1) of the Rules of Civil Procedure for the United States District Courts. Respondent has not appeared, answered, or filed a motion for summary judgment in this action. No costs are to be assessed to any party.

Dated: Oyster Bay, New York
         March 4, 2011

                                      CHALOS & CO, P.C.
                                      Attorneys for Petitioner
                                      CALDERA MARINE COMPANY LIMITED.

                By:       _____
                             George M. Chalos (GC-8693)
                             123 South Street
                             Oyster Bay, New York 11771
                             Tel: (516) 714-4300
                             Fax: (516) 750-9051
                             Email: gmc@chaloslaw.com

                                      So ORDERED:
                                      _____
                                                  5/10/2011

Chalos & Co, ref: 2068.015